**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

           Plaintiff,

    v.

CHERYL FIELDS,

           Defendant.

_____/

No. C11-6135 EMC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

      Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Charles R. Breyer to determine whether it is related to Patterson v. Congalves, Civil Case No. C11-6135 CRB.

      IT IS SO ORDERED.

Dated: December 27, 2011

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Charles R. Breyer