UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

    Plaintiff,

    v.

CHERYL FIELDS,

    Defendant.

_____/

No. C11-6136 EMC

**AMENDED SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Charles R. Breyer to determine whether it is related to <u>Patterson v. Congalves</u>, Civil Case No. C11-6135 CRB.

IT IS SO ORDERED.

Dated: December 27, 2011

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

       Plaintiff,

  v.

CHERYL FIELDS et al,

       Defendant.
                               /

Case Number: CV11-06136 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Patterson
1419 Striped Bass Street #F
San Francisco, CA 94130

Dated: December 27, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2