**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

        Plaintiff,

  v.

CHERYL FIELDS,

        Defendant.

_____/

No. C11-6136 EMC

**AMENDED SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

     Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Charles R. Breyer to determine whether it is related to Patterson v. Congalves, Civil Case No. C11-6135 CRB.

     IT IS SO ORDERED.

Dated: December 27, 2011

_____
EDWARD M. CHEN
United States District Judge

cc: Judge Charles R. Breyer

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

          Plaintiff,

  v.

CHERYL FIELDS et al,

          Defendant.

Case Number: CV11-06136 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Patterson
1419 Striped Bass Street #F
San Francisco, CA 94130

Dated: December 27, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2