IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

    Plaintiff,

v.

CHERYL FIELDS,

    Defendant.

No. C 11-06136 CRB

**ORDER DISMISSING CASE**

Plaintiff Andre Patterson has failed to file an amended complaint in response to this Court's order dismissing the case with leave to amend. See Dkt. 7. That order warned Plaintiff that "[f]ailure to do so may result in dismissal of Plaintiff's case with prejudice." Accordingly, this case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 28, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6136\order dismissing 41b.wpd