**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE PATTERSON,

    Plaintiff,

  v.

CHERYL FIELDS,

    Defendant.
                               /

No. C 11-06136 CRB

**JUDGMENT**

    The Court, having dismissed this case for lack of prosecution, enters judgment in favor of Defendant against Plaintiff.

    **IT IS SO ORDERED.**

Dated: October 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\6136\Judgment.wpd